```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POWER WAY SHIPPING LIMITED,

                    Plaintiff,

-v-

SURF MANAGEMENT CORPORATION
and PACIFIC-PLUS CO. LTD.,

                    Defendants.

No. 09 Civ. 6332 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Upon Plaintiff's application pursuant to Federal Rule of Civil Procedure 41(a)(1), it is HEREBY ORDERED THAT this action be dismissed without prejudice.

It is FURTHER ORDERED THAT any subsequent action commenced in this District related to the same operative facts and maritime claim shall include a copy of the Court's September 14, 2009, Order and be referred to the undersigned as a related case.

Dated:     September 21, 2009
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE